## FERNANDO SOTO *v.* COMMISSIONER OF CORRECTION
### (AC 24135)

Schaller, West and DiPentima, Js.

Submitted on briefs January 23—officially released April 20, 2004

Per Curiam. The habeas court denied the petitioner's petition for a writ of habeas corpus and his petition for certification to appeal to this court. After a careful review of the record and briefs, we conclude that the petitioner has not demonstrated that the issues are debatable among jurists of reason, that a court could resolve the issues in a different manner or that the questions raised deserve encouragement to proceed further. See *Simms* v. *Warden,* 230 Conn. 608, 616, 646 A.2d 126 (1994); see also *Lozada* v. *Deeds,* 498 U.S. 430, 432, 111 S. Ct. 860, 112 L. Ed. 2d 956 (1991).

The appeal is dismissed.

## EMILIA MEZRIOUI *v.* NORMAN E. WHITNEY ET AL.
### (AC 24047)

Flynn, Bishop and McLachlan, Js.

Argued April 1—officially released April 5, 2004[1]

Per Curiam. After a careful review of the pleadings, briefs, record and the memorandum of decision in this case, we affirm the thoughtful decision of the trial court.

The judgment is affirmed.

[1] April 5, 2004, the date that this decision was released as a slip opinion, is the operative date for all substantive and procedural purposes.